# Third District Court of Appeal

## State of Florida

Opinion filed September 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2302
Lower Tribunal No. 23-16746-CA-01
_____

**Francisco Javier Rodriguez Borgio, et al.,**
Appellants,

vs.

**Lakeview Development I, LLC,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

León Cosgrove Jiménez, LLP, and Scott B. Cosgrove and Brittany L. Finnegan, for appellants.

Brodsky Fotiu-Wojtowicz, PLLC, and Joshua Truppman; Salomon Smith PLLC, and Daniel Salomon Smith, for appellee.

Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Michell Roxana Castellanos, Francisco Javier Rodriguez Borgio and 5630 Pine Tree Drive, LLC appeal from a final judgment in favor of Lakeview Development I, LLC, for breach of a real estate contract. Upon our de novo review, we affirm, as "we are required to construe [] [closing] documents as written, since they are the best evidence of the parties' intent." Fernandez v. Homestar at Miller Cove, Inc., 935 So. 2d 547, 550-51 (Fla. 3d DCA 2006).

Affirmed.